## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Georgi Natalichvili v. Bondi    Docket No.: 25-679

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Tracie N. Jones

Firm: United States Department of Justice, Office of Immigration Litigation

Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044

Telephone: (202) 305-2145    Fax: (202) 307-8781

E-mail: tracie.jones2@usdoj.gov

Appearance for: Pamela Bondi, U.S. Attorney General
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Lisa Marie Arnold )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 21, 2023    OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Tracie N. Jones

Type or Print Name: Tracie N. Jones