# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand twenty-five,

Georgi Natalichvili,

       Petitioner,

  v.

Pamela Bondi, United States Attorney General,

       Respondent.

**ORDER**
Docket No. 25-679

By order dated April 18, 2025, the Court tolled the proceedings within this case for a period of 90 days so that the Petitioner and the Government could determine whether remand of this case to the Board of Immigration Appeals (BIA) was warranted.

The petitioner has not moved to dismiss the petition on consent and remand to the BIA, and neither party has filed a letter cancelling the tolling period.

Effective July 17, 2025, the tolling period was canceled, and the time for the next scheduled event in the case has begun to run.

Petitioner's scheduling notification is due July 31, 2025.

A motion to extend the tolling or any other time period is disfavored and subject to the extraordinary circumstance standard. See Local Rule 27.1(f)(1).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

